JULIA LEFKOWITZ, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued November 19, 1947; decided January 15, 1948.

*Alexander E. Rosenthal* and *Harry Simon* for appellant.

*Charles E. Murphy, Corporation Counsel (Joseph F. Mulqueen, Jr.,* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.